JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, | Case No. 2:18-cv-03442-RGK-JPR |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| TAIKING, LLC, et al., | |
| Defendant(s). | |

On July 5, 2018, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [19]. On July 10, 2018, plaintiff timely filed a response to the OSC [20]. After review and consideration of the response to the OSC, the Court does not find good cause shown. Therefore, the matter is ordered dismissed without prejudice, for lack of prosecution.

**IT IS SO ORDERED.**

Dated: July 31, 2018

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE